```
FILED
December 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> RYAN LOUIS ENNIS, ) </br> ) </br> Defendant. ) | Case No. MAG. 08-0435-EFB </br></br> ORDER FOR RELEASE OF </br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RYAN LOUIS ENNIS, Case No. MAG. 08-0435-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $1,000,000.00 (or all available equity in subject properties)

    _X_   Unsecured Appearance Bond/Agreement to Forfeit Property (Interim)

    _X_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) Secured bond paperwork due filed by 01/12/09.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/22/08  at  3:00pm.

By  _____
    Edmund F. Brennan
    United States Magistrate Judge