**DAVID M. MICHAEL, CSB 74031**
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile:   (877) 538-6220
E-mail: dmmp5@aol.com

**Attorney for Defendant
RYAN LOUIS ENNIS**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMIERICA

            Plaintiff,

v.

RYAN LOUIS ENNIS,

            Defendant.
_____/

**CASE NO: CR. 2:09-0011 JAM**

**ORDER  FOR MODIFICATION OF CONDITIONS OF RELEASE**

    Upon the stipulation of the parties, filed herein, and for good cause having been shown, the conditions of release of Defendant, RYAN LOUIS ENNIS, are hereby modified as follows::

    1. The amount of bail required is reduced from $1,000,000 to $800,000, to be secured as follows:

        a. Unsecured Appearance Bond, to be executed by Defendant Ryan Ennis and his father, Richard L. Ennis.

        b. Agreement to Forfeit Property as to 14320 Bridgewood Drive, La Miranda, Ca (Deed of Trust to be posted) and as to the Vanguard Investment IRA account of Richard L.Ennis.

    2. All documentation, postings, and other secured bond paperwork  necessary to effect the above condition shall be completed and filed no later than May 22, 2009.

3. The property at 27684 Manor Hill Road, Laguan Niguel, CA, owned by Robert and Robyn Ennis, is hereby removed as surety for any bail or condition of release and shall no longer be subject to forfeiture.

4. Subject to the approval of Pre-Trial Services, Defendant shall be released to the third-party custody of Brian Bull and Jessica Bull, and Defendant's residence shall be at that third-parties' address at 654 West Highway 246, Unit A, Buellton, CA (Santa Barbara County), where Defendant shall reside with his wife, Sheri Lynn Bull and their minor child.

5. All other terms of the conditions of Defendant's release as set forth in the Court's Order for Release of Person in Custody, filed on 22 December 2008 (Case No, MAG 08-0435-EFB), shall remain in full force and effect.

Dated: 11th day of  May 2009  *

    /s/ Gregory G. Hollows  
United States Magistrate Judge

ennis.mod

** The court understands that the modification requires a substitution of properties for secured bond. While the final paperwork for that change in security is being prepared, a secured bond, temporarily secured by an agreement to forfeit property, will be immediately filed. While counsel have indicated that this bond is "unsecured" it is temporarily secured by the agreement to forfeit property. GGH

[Proposed] Order for Modification of Conditions of Release  
Case No. Cr. 2:09-0011 JAM