**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
(916) 498-5700  Fax: (916) 498-5710

*Quin Denvir*
*Federal Defender*

*Daniel J. Broderick*
*Chief Assistant Defender*

June 3, 2009

**FILED**

JUN 4  2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



**VIA CERTIFIED MAIL**

Ryan Ennis
C/O David Martin Michael
DeMartini Historical Landmark Building
294 Page Street
San Francisco , CA 94102

   RE: Repayment for appointed attorney

Dear Mr. Ennis:

   Enclosed is a form CJA 7, reimbursement order, issued by the Honorable John A. Mendez, U.S. District Judge.

   You are ordered to reimburse the Criminal Justice Act by paying the Clerk, Eastern District of California, Sacramento, California, the sum of six hundred and thirty dollars($630.00). This reimbursement is for services rendered by panel attorney Michael Chastaine to represent you for a felony proceeding from December 18, 2008 through December 22, 2008.

   Please make your check payable to:  Clerk, Eastern District of California, and mail it to 501 I Street, Sacramento, CA 95814.

   If you have any questions, you may call me at the above designated telephone number.

        Sincerely,

        Kurt Heiser
        CJA Panel Administrator

:kch
encl.
cc: Clerk, U.S.D.C., E.D.A., Sacramento, CA.
  Michael Chastaine, Esq.

CJA 7
(Rev. 9/05)

**LOCATION CODE** _____ CAED

**Docket No.** CR.S-09-0011 JAM

United States _____ vs. _____ Ryan Ennis

**ORDER TERMINATING
APPOINTMENT OF COUNSEL**                     ☐
**and/or**                                   Check
**AUTHORIZATION FOR**                        one or
**DISTRIBUTION OF**                          both
**AVAILABLE PRIVATE**                        ☑
**FUNDS**

WHEREAS, Michael Chastaine _____ was appointed as counsel for the
above defendant/petitioner, on the _12_ day of December _____ , 2008 ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check       ☐ ORDERED that the appointment of said counsel is hereby terminated.
one or
both        ☑ AUTHORIZED/DIRECTED that such funds in the amount of $ 630.00 _____ be
            paid by said defendant/petitioner or by _____ DUE IMMEDIATELY _____
            as follows:

            *(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and
            amounts of each payment if installment payment.)*

PAYMENT DUE IMMEDIATELY TO:

Clerk of Court
U.S. District Court - Eastern District of California
501 I Street
Sacramento, CA 95814

ATTN: CJA General Fund

Dated this _____ 18th _____ day of _____ May _____ , 2009

_____
United States Judge/Magistrate

**DISTRIBUTION:**   **COURT'S FILE**   **COURT APPOINTED COUNSEL**   **PERSON REPRESENTED**   **CLERK'S FILE**