**DAVID M. MICHAEL, CSB 74031**
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile:   (877) 538-6220
E-mail: dmmp5@aol.com

**Attorney for Defendant
RYAN LOUIS ENNIS**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMIERICA,<br><br>              Plaintiff,<br><br>v.<br><br>RYAN LOUIS ENNIS,<br><br>              Defendant.<br>_____/ | CASE NO: CR. 2:09-0011 JAM<br><br>**TRAVEL ORDER** |

Upon written application by Defendant, RYAN LOUIS ENNIS, and for good cause having been show,

IT IS HEREBY ORDERED THAT defendant shall be allowed to travel from 20 June 2009 to 24 June 2009 to the Northern California area to visit with his attorney, David Michael, and his attorney's supporting staff and associates, in order to discuss his case and participate in the preparation of his defense and further discussions regarding disposition of his case.

IT IS FURTHER ORDERED THAT said travel shall be coordinated with Pretrial Services, which will continue to supervise the defendant under the electronic monitoring program already in place through the global positioning system (GPS).

Dated: June 18, 2009

                                    s/s Gregory G. Hollows
                                    Magistrate Judge of the U.S. District Court

ennis.trav

Travel Order
Case No. Cr. 2:09-0011 JAM