**DAVID M. MICHAEL, CSB 74031**
Law Offices of David M. Michael
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile:   (877) 538-6220
E-mail: dmmp5@aol.com

**Attorney for Defendant
RYAN LOUIS ENNIS**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMIERICA | **CASE NO: CR. 2:09-0011 JAM** |
| Plaintiff, | |
| v. | **TRAVEL ORDER** |
| RYAN LOUIS ENNIS, | |
| Defendant. | |

Upon written application by Defendant, RYAN LOUIS ENNIS, and for good cause having been show,

IT IS HEREBY ORDERED THAT defendant shall be allowed to travel by car from 25 December 2009 through 27 December 2009 to the home of his wife, Sheri Bull, and his minor child, located at 1400 West Highway 246, Buellton, CA, in order to spend the Christmas holidays with them.  IT IS FURTHER ORDERED THAT said travel shall be coordinated with Pretrial Services, which will continue to supervise the defendant under the electronic monitoring program already in place through the global positioning system (GPS).

Dated: December 18, 2009

/s/ John A. Mendez

Judge of the U.S. District Court

Travel Order
Case No. Cr. 2:09-0011 JAM