| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DAVID M. MICHAEL, CSB 74031<br>Law Offices of David M. Michael<br>101 California Street, Suite 2450<br>San Francisco, CA 94111<br>Telephone: (415) 946-8996<br>Facsimile:   (877) 538-6220<br>E-mail: dmmp5@aol.com<br><br>Attorney for Defendant<br>RYAN LOUIS ENNIS | **FILED**<br><br>MAR 3 0 2010<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMIERICA,

        Plaintiff,

v.

RYAN LOUIS ENNIS,

        Defendant.

     /

CASE NO: CR. 2:09-0011 JAM

**ORDER FOR SECOND MODIFICATION OF CONDITIONS OF RELEASE**

Upon the stipulation of the parties, filed herein, and for good cause having been shown, the conditions of release of Defendant, RYAN LOUIS ENNIS, are hereby further modified as follows:

1. Defendant shall be released to the third-party custody of his wife, Sheri Lynn Bull, and Defendant's residence shall be at that third-party's address at 1400 West Highway 246, Unit A, Buellton, CA (Santa Barbara County), where Defendant shall reside there with his wife and their minor child.

2. Brian Bull and Jessica Bull, of 654 West Highway 246, Unit A, Buellton, CA, shall be relieved as third- party custodians of Defendant.

3. Subject to the approval of Pre-Trial Services, Defendant shall be relieved of his obligation to have a home monitoring unit installed in his residence and a radio frequency transmitter device attached to his person. Instead, Defendant shall be subject to the other curfew and home confinement

requirements that Pre-Trial Services deem appropriate. All other prior conditions of Defendant's Home Confinement shall remain in force and effect.

5. All other terms of the conditions of Defendant's release as set forth in the Court's Order for Release of Person in Custody, filed on 22 December 2008 (Case No. MAG 08-0435-EFB) and the Court's Order for Modification of Conditions of Release, filed on 12 May 2009 (Document 56), shall remain in full force and effect.

Dated: 30 March 2010

JOHN A MENDEZ
Judge of the U.S. District Court

Order for Second Modification of Conditions of Release
Case No. Cr. 2:09-0011 JAM

2