```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00011-JAM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| RYAN LOUIS ENNIS, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ryan Louis Ennis, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Ryan Louis Ennis' interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)  Real property located at 4101 Hi Twist Lane, Somerset, California, El Dorado County, APN: 093-032-04-100; and

    b)  Real property located at 8013 Spring Valley Road, Pollack Pines, California, El Dorado County, APN: 009-040-23-100.

2. The above-listed properties were used, or intended to be

1  used, in any matter or part, to commit, or to facilitate the
2  commission of violations of 21 U.S.C. §§ 841(a)(1) and 846.
3       3.  Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed
5  properties.  The aforementioned properties shall be seized and
6  held by the U.S. Marshals Service, in its secure custody and
7  control.
8       4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
9  the United States shall publish notice of the order of
10 forfeiture.  Notice of this Order and notice of the Attorney
11 General's (or a designee's) intent to dispose of the properties
12 in such manner as the Attorney General may direct shall be posted
13 for at least 30 consecutive days on the official internet
14 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
15 may also, to the extent practicable, provide direct written
16 notice to any person known to have alleged an interest in the
17 properties that are the subject of the order of forfeiture as a
18 substitute for published notice as to those persons so notified.
19          b.  This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 properties, must file a petition with the Court within sixty (60)
22 days from the first day of publication of the Notice of
23 Forfeiture posted on the official government forfeiture site, or
24 within thirty (30) days from receipt of direct written notice,
25 whichever is earlier.
26      5.  If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final
28 ///

1 | Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all
2 | interests will be addressed.
3 |     SO ORDERED this 7th day of May, 2010.
4 |
5 |                                    /s/ John A. Mendez
                                       JOHN A. MENDEZ
6 |                                    United States District Judge