# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMIERICA

        Plaintiff,

v.

RYAN LOUIS ENNIS,

        Defendant.

**CASE NO: CR 2:09-0011 JAM**

**ORDER CONTINUING SENTENCE**

Pursuant to the stipulation of the parties, and good cause having been shown, IT IS HEREBY ORDERED THAT Defendant's judgment and sentence date of 12 April 2011 is hereby vacated and that the judgment and sentencing and other relevant dates shall be continued as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | 12 July 2011 at 9:30 a.m. |
| Motion for Correction of Presentence Report filed with the Court and served on the Probation Officer and opposing counsel no later than: | 28 June 2011 |
| Presentence Report filed with the Court and disclosed to counsel no later than: | 21 June 2011 |
| Counsel's written objections to the Presentence Report delivered to th e Probation Department and opposing counsel no later than: | 14 June 2011 |
| Presentence Report disclosed to counsel no later than: | 31 May 2011 |

Dated:  April 1, 2011

        /s/ John A. Mendez_____
        HONORABLE JOHN A. MENDEZ
        Judge of the U.S. District Court

1

PDF created with pdfFactory trial version www.pdffactory.com