1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:09-CR-11-JAM
                                   )
12              Plaintiff,         )
                                   )   FINAL ORDER OF FORFEITURE
13       v.                        )
                                   )
14  RYAN LOUIS ENNIS,              )
                                   )
15              Defendant.         )
                                   )

16

17       WHEREAS, on or about May 10, 2010, this Court entered a

18  Preliminary Order of Forfeiture pursuant to the provisions of 21

19  U.S.C. § 853(a) based upon the plea agreement entered into

20  between plaintiff and defendant Ryan Louis Ennis forfeiting to

21  the United States the following property:

22           a)   Real property located at 4101 Hi Twist Lane,
                  Somerset, California, El Dorado County,
23                APN: 093-032-04-100; and

24           b)   Real property located at 8013 Spring Valley Road,
                  Pollock Pines, California, El Dorado County,
25                APN: 009-040-23-100.

26       AND WHEREAS, beginning on May 19, 2010, for at least 30

27  consecutive days, the United States published notice of the

28  Court's Order of Forfeiture on the official internet government

                         1              Final Order of Forfeiture

1 forfeiture site www.forfeiture.gov.  Said published notice

2 advised all third parties of their right to petition the Court

3 within sixty (60) days from the first day of publication of the

4 notice for a hearing to adjudicate the validity of their alleged

5 legal interest in the forfeited property;

6      AND WHEREAS, the United States sent direct written notice by

7 certified mail to the following persons or entities known to have

8 an alleged interest in the above-described properties:

9           a.   JP Morgan Chase Bank, N.A.

10           b.   Roe Financial Retirement[1]

11      AND WHEREAS, JP Morgan Chase Bank, N.A., filed an Ancillary

12 Petition for Hearing on June 16, 2010, regarding their interest

13 in the real property located at 4101 Hi Twist Lane, Somerset,

14 California, El Dorado County, APN: 093-032-04-100.  The United

15 States and JP Morgan Chase Bank entered into a Stipulation and

16 Settlement Agreement filed on July 1, 2010, that allowed JP

17 Morgan Chase Bank to conduct a foreclosure sale of the real

18 property.  There were no net proceeds realized from the

19 foreclosure sale of this real property.

20      AND WHEREAS, the Court has been advised that no other third

21 party has filed a claim to the subject property, and the time for

22 any person or entity to file a claim has expired.

23      Accordingly, it is hereby ORDERED and ADJUDGED:

24      1.  A Final Order of Forfeiture shall be entered forfeiting

25

26 _____

27      [1] The loan for the real property located at 8013 Spring
Valley Road, Pollock Pines, California, El Dorado County, APN:
009-040-23-100, has been paid in full.  See the Declaration
28 attached as Exhibit A to the Application for Final Order of
Forfeiture filed herein.

1  to the United States of America all right, title, and interest in

2  the below-listed property pursuant to 21 U.S.C. § 853(a), to be

3  disposed of according to law, including all right, title, and

4  interest of Ryan Louis Ennis:

5          a.   Real property located at 8013 Spring Valley Road,
               Pollock Pines, California, El Dorado County,
6              APN: 009-040-23-100.

7      2.  All right, title, and interest in the above-listed

8  property shall vest solely in the name of the United States of

9  America.

10     3.  The U.S. Marshals Service shall maintain custody of and

11 control over the subject property until it is disposed of

12 according to law.

13     SO ORDERED this 22nd day of May, 2012.

14

15                          /s/ John A. Mendez
                           JOHN A. MENDEZ
16                          United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture