HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RYAN LOUIS ENNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RYAN LOUIS ENNIS,<br><br>                    Defendant. | No.  Cr. S 09-011 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable JOHN A. MENDEZ |

Defendant, RYAN LOUIS ENNIS, by and through his attorney, Assistant Federal Defender David Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 7, 2012, this Court sentenced Mr. Ennis to a term of 108 months imprisonment;

3. The total offense level was 29, his criminal history category was I, and the resulting guideline range was 87 to 108 months, but because the guideline range was below the

statutory mandatory minimum of 120 months, the applicable guideline range became 120 months, and Mr. Ennis received a downward departure on the government's motion;

    4.    The sentencing range applicable to Mr. Ennis was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

    5.    Mr. Ennis' total offense level has been reduced from 29 to 27, his amended guideline range is 70 to 87 months, and a reduction comparable to the one received at the initial sentencing would produce a term of 63 months;

    6.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ennis' term of imprisonment to a total term of 63 months.

Respectfully submitted,

Dated:  February 25, 2015             Dated:   February 25, 2015

BENJAMIN B. WAGNER            HEATHER E. WILLIAMS
United States Attorney               Federal Defender

/s/ *Jason Hitt*                         /s/ *David M. Porter*
JASON HITT                            DAVID M. PORTER
Assistant U.S. Attorney              Assistant Federal Defender

Attorney for Plaintiff                Attorney for Defendant
UNITED STATES OF AMERICA     RYAN LOUIS ENNIS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ennis is entitled to the benefit of Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months. A reduction comparable to the one received at the initial sentencing would produce a term of 63 months.

1      IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2012 is
2 reduced to a term of 63 months.
3      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
4 remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
5 reduction in sentence, and shall serve certified copies of the amended judgment on the United
6 States Bureau of Prisons and the United States Probation Office.
7      Unless otherwise ordered, Mr. Ennis shall report to the United States Probation Office
8 within seventy-two hours after his release.
9 Dated:   February 27, 2015

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge