```
1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   DAVID M. PORTER, SBN # 127024
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: (916) 498-5700
5   Fax: (916) 498-5710

6   Attorneys for Defendant
    RYAN LOUIS ENNIS
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-00011-JAM-1 |
|---|---|---|
| Plaintiff, | ) | **[Proposed] ORDER** |
| v. | ) | |
| RYAN LOUIS ENNIS, | ) | Judge: Hon. Deborah Barnes |
| Defendant. | ) | |

The Court has received, reviewed, and considered Defendant Ryan Louis Ennis's request to exonerate the property bond. The Court finds that the defendant was released on pretrial supervision pursuant to an $800,000 bond secured by the equity in real property owned by Richard L. Ennis and Randa M. Ennis.

The Court further finds that the defendant has satisfied his pretrial obligations to the Court and that he surrendered to the Bureau of Prisons. Therefore, the Court hereby GRANTS the defendant's motion. The Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the property to sureties Richard L. Ennis and Randa M. Ennis.

**IT IS SO ORDERED**.

Dated: October 2, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE